IN THE UNITED STATES COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| _____ | &#124; |
| THE TOWN OF LEE, MASSACHUSETTS | &#124; CASE NO: 3:23-CV-30035-KAR |
| Plaintiff, | &#124; **JURY TRIAL DEMANDED** |
| v. | &#124; |
| MONSANTO COMPANY, SOLUTIA, INC., PHARMACIA, LLC, DOES 1-100, and Bayer, INC. | &#124; |
| Defendants. | &#124; |
| _____ | &#124; |

**MOTION OF PLAINTIFF TO DISMISS THIS CASE WITHOUT PREJUDICE**

Plaintiff respectfully request this Honorable Court to dismiss this case **WITHOUT PREJUDICE** under FRCP 4(m) as none of the Defendants have been served at this time with Summons, the Complaint, and Exhibits.

Respectfully submitted by
**Attorney for The Massachusetts TOWN OF LEE**

s/*Cristóbal Bonifaz, Esq.*
Cristóbal Bonifaz MA Bar # 548405
*Law Offices of Cristóbal Bonifaz*
*180 Maple Street*
*Conway, Massachusetts 01341*
*Tel: 413-369-4263*
*Cell Number 413-522-7604*
*Electronic Mail* ccrbonifaz@gmail.com

1